## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **15-210 RB** | USA vs.: | **SALCIDO ET AL** |
| Date: | **3/16/2016** | Name of Deft: | **RICARDO SALCIDO** |

| | |
|---|---|
| Before the Honorable: | **ROBERT C. BRACK, UNITED STATES DISTRICT JUDGE** |

| | | | |
|---|---|---|---|
| Time In/Out: | **10:11 AM – 10:29 AM** | Total Time in Court (**for JS10**): | 18 Minutes |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **VANESSA ALYCE** |
| AUSA: | **DUSTIN SEGOVIA** | Defendant's Counsel: | **CORI HARBOUR VALDEZ** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** |

| | | | | | |
|---|---|---|---|---|---|
| Probation Officer: | **DAVID MILLS** | Sworn? | | Yes | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | | Verdict | As to: | X | Information | Indictment |

| | | | | | |
|---|---|---|---|---|---|
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: |
| If Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | Comments: |

| | | | | | |
|---|---|---|---|---|---|
| Date of Plea/Verdict: | **4/9/2015** | | PSR: | X | Not Disputed | Disputed |
| PSR: | X | Court Adopts PSR Findings | Evidentiary Hearing: | X | Not Needed | Needed |

| | |
|---|---|
| Exceptions to PSR: | |

### SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | **70 MONTHS \*** |
| Supervised Release: | **3 YEARS** | Probation: |

| | | | |
|---|---|---|---|
| X | 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: |

| | | |
|---|---|---|
| Court recommends ICE begin removal proceedings immediately or during service of sentence | X | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | Participate in/successfully complete subst abuse program/testing | | Reside halfway house ____ months ____ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| X | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| X | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | | No computer with access to online services |
| X | No contact with gang members | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| | Participate in an educational or vocational program | | No loitering within 100 feet of school yards |
| X | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | X | No possession of a firearm, ammunition, destructive device or any other dangerous weapon |

| | |
|---|---|
| **OTHER:** | |

| | | | | |
|---|---|---|---|---|
| Fine: | $ | | Restitution: $ | |
| SPA: | $ 100 | ($100) as to each Count | Payment Schedule: | X | Due Imm. | Waived |

| | |
|---|---|
| OTHER: | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | FCI PHOENIX, ARIZONA OR ANY FCI IN ARIZONA |
| | Dismissed Counts: | | |

| | |
|---|---|
| | **\*SAID SENTENCE TO RUN CONCURRENT WITH CR201402182 OUT OF THE PINAL SUPERIOR COURT, STATE OF ARIZONA.** |
| OTHER COMMENTS: | GOVERNMENT TO FILE MOTION/ORDER TO DISMISS INDICTMENT |